### GRIFFIN v. KELLER.    (No. 6642.)

(Court of Civil Appeals of Texas. San Antonio. Dec. 14, 1921.)

Appeal and error ⊛773(4)—Judgment affirmed in absence of briefs and apparent error.

Where no briefs have been filed and there is no error apparent, judgment appealed from will be affirmed.

Appeal from Bexar County Court; McCollum Burnett, Judge.

Suit by Mrs. W. W. Keller against John B. Griffin. Judgment for plaintiff, and defendant appeals. Affirmed.

FLY, C. J. This is a suit instituted by appellee against appellant to recover the sum of $931 alleged to have been incurred from the conversion of certain personal property belonging to appellee in the possession of appellant. Appellee recovered a judgment in a trial by jury from appellant.

No briefs have been filed, and, there being no error apparent of record, the judgment is affirmed.

---

⊛For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes